![Dentons] **Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

October 26, 2022

<u>VIA ECF</u>

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    *Loadholt v. Sauvage, Inc.,* Case No. 1:22-cv-03004-KPF

Dear Judge Failla:

We represent Defendant Sauvage, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 26, 2022 to December 12, 2022. Accordingly, we also request that the Court adjourn *sine die* the Pretrial Conference scheduled for November 1, 2022 at 10:00 a.m. (Dkt. #14).

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)

Application GRANTED.  All deadlines in this case shall be stayed until December 12, 2022.  The post-fact discovery conference currently scheduled for November 1, 2022, is hereby **ADJOURNED *sine die*.**  The parties are ORDERED to submit a notice of voluntary dismissal or a joint letter proposing next steps in this case by December 12, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:     October 26, 2022          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE