**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**

**Plaintiff,**

**-v-**

**SAUVAGE, INC.,**

**Defendant.**

**Civil Case Number: 1:22-cv-03004-KPF**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: December 13, 2022

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Christopher Loadholt*

Karla Del Pozo García, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-5328
Email: karla.delpozogarcia@dentons.com

*Attorneys for Defendant*
*Sauvage, Inc.*