IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>-v-<br><br>**SAUVAGE, INC.,**<br><br>Defendant. | Civil Case Number: 22 Civ. 3004 |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 13, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **22 Civ. 3004**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:    December 13, 2022
         New York, New York

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE